IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03135-TPO

WENDY HUARTOS-RODRIGUEZ,

Petitioner,

v.

MARKWAYNE MULLIN,
TODD BLANCHE,
DAVID VENTURELLA,
KELEI WALKER, and
JUAN BALTAZAR,
in their official capacities,

Respondents.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on November 16, 2026.**

This Court granted Petitioner's habeas corpus petition [ECF 13], and the Parties later filed their Joint Status Report [ECF 14] reporting that Petitioner was released from custody on October 25, 2026.

The Clerk of Court shall **close** this case and shall enter Final Judgment in Petitioner's favor.